IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STX PAN OCEAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs | )   CIVIL ACTION NO. 11-0590-CG-B |
| | ) |
| ZHENHUA TRANSLINK SHIPPING | ) |
| CO., LTD, et al. | ) |
| | ) |
|     Defendants. | ) |

## ORDER

The plaintiff having filed a Notice of Voluntary Dismissal (Doc. 15), and there having been no answer or motion for summary judgment filed, this action is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 3rd day of November, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE