IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STX PAN OCEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) CIVIL ACTION NO. 11-0590-CG-B |
| | ) |
| ZHENHUA TRANSLINK SHIPPING | ) |
| CO., LTD, et al. | ) |
| | ) |
| Defendants. | ) |

## AMENDED ORDER

The plaintiff having filed a Notice of Voluntary Dismissal of its claims against Zhenhua Translink Shipping Co.,(Doc. 15), and there having been no answer or motion for summary judgment filed by any of the defendants in this action, the plaintiff's claims against Zhenhua Translink Shipping Co., are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 4th day of November, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE